United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cathy Lynn Lacey  
    Debtor

Case No. 17-15264-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Aug 17, 2017  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.  
db     +Cathy Lynn Lacey,    24 A Grove Street,    Easton, PA 18045-5221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                  TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:  
     AMANDA LAUREN KURECIAN    on behalf of Debtor Cathy Lynn Lacey tlightner@lightnerlaw.com, r50447@notify.bestcase.com  
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
     THOMAS L. LIGHTNER    on behalf of Debtor Cathy Lynn Lacey tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;r50447@notify.bestcase.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                     TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CATHY LYNN LACEY            ) No. 17-15264-ref
                                    )
      Debtor                      ) Chapter 13

### ORDER

AND NOW upon Motion of Debtor for an Extension of Time to file all Schedules and Relevant Documents (the "Motion"),

IT IS HEREBY ORDERED that the Debtor is granted an extension of time until September 5, 2017, to file all Schedules and Relevant Documents required by Bankruptcy Rule 1007, as defined in the Motion.

BY THE COURT:

**Date: August 17, 2017**

_____
RICHARD E. FEHLING
U.S. BANKRUPTCY JUDGE