**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Cathy Lynn Lacey | : | |
| | | : | Case No. 17-15264-ref |
| | | : | |
| | Debtor, | : | Chapter 13 |

**PRAECIPE TO NOTE CHANGE OF DEBTOR'S ADDRESS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please change the mailing address of the Debtor, Cathy Lynn Lacey, to:

c/o Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

Respectfully submitted,

Dated: September 19, 2017                LIGHTNER LAW OFFICES, P.C.

BY:   /s/ Thomas L. Lightner, Esquire
Thomas L. Lighter, Esquire
4652 Hamilton Blvd.
Allentown, PA 18103
Phone: 610-530-9300
Fax: 610-530-9310