# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cathy Lynn Lacey aka Cathy L. Lacey, aka Cathy Lynn Horvath, aka Cathy L. Horvath<br>                    Debtor | CHAPTER 13 |
| Pacific Union Financial, LLC, its successors and/or assigns<br>                    Movant<br>          vs. | NO. 17-15264 REF |
| Cathy Lynn Lacey aka Cathy L. Lacey, aka Cathy Lynn Horvath, aka Cathy L. Horvath<br>                    Debtor | |
| Frederick L. Reigle Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Pacific Union Financial, LLC, which was filed with the Court on or about November 3, 2017 Document No. 19.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
kmdconald@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

January 16, 2018