# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cathy Lynn Lacey aka Cathy L. Lacey, aka Cathy Lynn Horvath, aka Cathy L. Horvath<br>　　　　　　　　　　　　Debtor | CHAPTER 13 |
| Pacific Union Financial, LLC<br>　　　　　　　　　　　　Movant<br>　　vs.| NO. 17-15264 REF |
| Cathy Lynn Lacey aka Cathy L. Lacey, aka Cathy Lynn Horvath, aka Cathy L. Horvath<br>　　　　　　　　　　　　Debtor | |
| Michael G. Horvath　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle　　　Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 2368 Woodhaven Drive, Saylorsburg, PA 18353 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies

**Date: February 16, 2018**

_____
United States Bankruptcy Judge.