United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cathy Lynn Lacey  
     Debtor

Case No. 17-15264-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jul 19, 2018  
                         Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.  
db        +Cathy Lynn Lacey,    c/o Lighnter Law Offices, P.C.,    4652 Hamilton Blvd.,    Allentown, PA 18103-6021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:  
         AMANDA LAUREN KURECIAN    on behalf of Debtor Cathy Lynn Lacey tlightner@lightnerlaw.com, r50447@notify.bestcase.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
         ROLANDO    RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
         THOMAS L. LIGHTNER    on behalf of Debtor Cathy Lynn Lacey tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM    MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com  
                                                                                                                                                                                                  TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Cathy Lynn Lacey
        Debtor(s)
        Chapter: 13
        Bankruptcy No: 17−15264−ref

---

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this July 19, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

        Richard E. Fehling
        Chief Judge ,
        United States Bankruptcy Court

36
Form 155