**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | Cathy Lynn Lacey | : CHAPTER 13 |
| | | : |
| | Debtor | : No. 17-15264-ref |

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW, this 27th day of July, 2018, Thomas L. Lighter, Esquire, Attorney for Debtors in the above-captioned bankruptcy proceeding, certifies as follows:

1. On June 27, 2018, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for the Debtors.

2. Notice was served on the Office of the Standing Chapter 13 Trustee and the U.S. Trustee and all parties in interest as previously certified on June 27, 2018.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

**WHEREFORE,** Thomas L. Lightner, Esquire, Attorney for Debtors, requests this Honorable Court enter the Order which was attached to the Motion.

Date: July 27, 2018                    LIGHTNER LAW OFFICES, PC

                                       BY:    /s/Thomas L. Lightner
                                              THOMAS L. LIGHTNER, ESQUIRE
                                              Counsel for Debtors
                                              #65841
                                              4652 Hamilton Blvd.
                                              Allentown, PA  18103
                                              (610) 530-9300 – phone
                                              (610) 530-9310 – fax