# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CATHY LYNN LACEY          : Case No. 17-15264-ref
                                   :
        Debtor                     : Chapter 13

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTORS

NOW, upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by the counsel for the Debtors, Thomas L. Lightner, Esquire, in the amount of **THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00)** of which **TWO THOUSAND DOLLARS ($2,000.00)** has been paid, and the balance of **ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00)**, is to be paid and the same is hereby approved.

Dated:                                BY THE COURT:

**Date: July 31, 2018**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE