United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15264-ref
Cathy Lynn Lacey                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith              Page 1 of 1          Date Rcvd: Jul 31, 2018
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.
db             +Cathy Lynn Lacey,    c/o Lighnter Law Offices, P.C.,    4652 Hamilton Blvd.,
                 Allentown, PA 18103-6021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 02:11:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:
              AMANDA LAUREN KURECIAN    on behalf of Debtor Cathy Lynn Lacey tlightner@lightnerlaw.com,
               r50447@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pacific Union Financial, LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS L. LIGHTNER    on behalf of Debtor Cathy Lynn Lacey tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CATHY LYNN LACEY           : Case No. 17-15264-ref
                                    :
        Debtor                      : Chapter 13

### ORDER APPROVING COMPENSATION
### TO COUNSEL FOR DEBTORS

NOW, upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by the counsel for the Debtors, Thomas L. Lightner, Esquire, in the amount of **THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00)** of which **TWO THOUSAND DOLLARS ($2,000.00)** has been paid, and the balance of **ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00)**, is to be paid and the same is hereby approved.

Dated:                                      BY THE COURT:

**Date: July 31, 2018**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE