### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Cathy Lynn Lacey | : CHAPTER 13 |
| | | : |
| | Debtor | : No. 17-15264-ref |
| | | : Date of Hearing: May 9, 2019 |
| | | : Time of Hearing: 9:30 a.m. |
| | | : Location:  U.S. Bankruptcy Court |
| | | :           The Madison Building |
| | | :           3rd Floor, Courtroom 1 |
| | | :           400 Washington Street |
| | | :           Reading, PA 19601 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtor, Cathy Lynn Lacey has filed a Motion to Modify Chapter 13 Plan Post-Confirmation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion, then on or before **May 7, 2019**, you or your attorney must do all of the following:

a) file an answer explaining your position at:

United States Bankruptcy Court
The Madison Building
3rd Floor, Courtroom 1
Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

b) mail a copy to the Movant's attorney:

**Thomas L. Lightner, Esquire
Lightner Law Offices, L.L.P.
4654 Hamilton Boulevard
Allentown, PA 18103**

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held on **May 9, 2019 at 9:30 a.m.** before the Honorable Richard E. Fehling, Courtroom #1 at the United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601, or as soon thereafter as counsel can be heard, to consider the motion.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's Office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

      Respectfully submitted,

      LIGHTNER LAW OFFICES, PC

Dated: April 15, 2019    BY:   /s/Thomas L. Lightner
      THOMAS L. LIGHTNER, ESQUIRE
      Counsel for Debtor
      4652 Hamilton Boulevard
      Allentown, PA 18103
      Phone: 610-530-9300
      Fax: 610-530-9310