*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cathy Lynn Lacey
    Debtor(s)

Case No: 17−15264−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED [42] Motion to Dismiss Case for Failure to Make Plan Payments Filed by SCOTT WATERMAN

on: 8/29/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date: 6/24/19

For The Court

Timothy B. McGrath
Clerk of Court

48 − 42
Form 167