United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15264-elf
Cathy Lynn Lacey                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Nancy              Page 1 of 2              Date Rcvd: Jun 24, 2019
                              Form ID: 167             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db          +Cathy Lynn Lacey,   c/o Lighnter Law Offices, P.C.,   4652 Hamilton Blvd.,
             Allentown, PA 18103-6021
13964829    +Ally Financial,   500 Woodward Ave.,   Detroit, MI 48226-3423
13964830    +Barclay Card,   PO Box 13337,   Philadelphia, PA 19101-3337
13978520    +Commercial Acceptance,   2300 Gettyburg Rd.,   Suite 102,   Camp Hill,PA 17011-7303
13964832    +Five Star Bank,   220 LIerty Street,   Warsaw, NY 14569-1465
13964835    +KML Law Group P.C.,   Suite 5000 BNY Mellon Independence Cente,   701 Market St.,
             Philadelphia, PA 19106-1538
13964834    +Keystone Connections,   P.O. Box 529,   Irwin, PA 15642-0529
13964837    +Michael Horvath,   4250,  Manor Drive,   Stroudsburg, PA 18360-9441
13964836    +Michael Horvath,   4250 Manor Drive,   Stroudsburg, PA 18360-9441
13964838    +Pacific Union,   1603 LBJ Freeway, Suite 500,   Farmers Branch, TX 75234-6071
13998597    +Pacific Union Financial, LLC,   1603 LBJ Freeway, Suite 500,   Farmers Branch, TX 75234-6071
13971657    +Pacific Union Financial, LLC,   c/o Matteo S. Weiner, Esq.,   KML Law Group, PC,
             701 Market Street,   Philadelphia, PA 19106-1538
13978518    +TD Bank USA/Target C,   3701 Wayzata BV,   Minneapolis, MN 55416-3401
14027695    +Thomas L. Lightner, Esquire,   Lightner Law Offices, P.C.,   4652 Hamilton Blvd.,
             Allentown, PA 18103-6021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:17:55     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13964828     E-mail/Text: bnc@alltran.com Jun 25 2019 03:08:54     Alltran Financial, LP,   P.O. Box 722929,
             Houston, TX 77272-2929
13974276     E-mail/Text: ally@ebn.phinsolutions.com Jun 25 2019 03:08:52     Ally Bank,   PO Box 130424,
             Roseville MN 55113-0004
13978519     E-mail/Text: ally@ebn.phinsolutions.com Jun 25 2019 03:08:52     Ally Bank,   P.O. Box 130424,
             Saint Paul, MN 55113-0004
13964831    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:19:19     Capital One,
             P.O. Box 71083,   Charlotte, NC 28272-1083
13964833     E-mail/Text: cio.bncmail@irs.gov Jun 25 2019 03:09:00     Department of the Treasury,
             Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
14016520     E-mail/Text: FSBBankruptcy@fiiwarsaw.com Jun 25 2019 03:08:50     Five Star Bank,
             100 Chestnut Street, 13th Floor,   Rochester NY 14604
13978516    +E-mail/Text: bankruptcy@fult.com Jun 25 2019 03:10:21     Lafayette Ambassador Bank,
             P.O.Box 25091,   Lehigh Valley, PA 18002-5091
13997039     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:18:02
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13962898    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:34:43
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14045783     E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:16
             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13964839     E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:12     Synchrony Bank,   P.O. Box 960061,
             Orlando, FL 32896-0061
14051396    +E-mail/Text: bncmail@w-legal.com Jun 25 2019 03:09:51     TD Bank USA, N.A.,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14002222*    +IRS,   P.O. Box 219690,   Kansas City, MO 64121-9690
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Nancy               Page 2 of 2              Date Rcvd: Jun 24, 2019
                              Form ID: 167              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:

```
          AMANDA LAUREN KURECIAN    on behalf of Debtor Cathy Lynn Lacey tlightner@lightnerlaw.com,
           r50447@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Pacific Union Financial, LLC
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          THOMAS L. LIGHTNER    on behalf of Debtor Cathy Lynn Lacey tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cathy Lynn Lacey
    Debtor(s)

Case No: 17−15264−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED [42] Motion to Dismiss Case for Failure to Make Plan Payments Filed by SCOTT WATERMAN

on: 8/29/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/24/19

Timothy B. McGrath
Clerk of Court

48 − 42
Form 167