UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

    CATHY LYNN LACEY        : Bankruptcy No. 17-15264ELF

    Debtor(s)                        : Chapter 13

## PRAECIPE

Please withdraw the Trustee's Motion to Dismiss filed on or about August 27, 2019 at docket number 50 in the above referenced case.

    Respectfully submitted,

Date:  August 27, 2019                    */s/Scott F. Waterman*
    Scott F. Waterman, Esq.
    Chapter 13 Standing Trustee