UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

CATHY LYNN  LACEY

                                                   : Bankruptcy No. 17-15264REF
         Debtor(s)                              : Chapter 13

<u>Order Dismissing Chapter 13 Case</u>

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further **ORDERED** that any wage orders previously entered are hereby **VACATED**.

Date:  8/29/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**